UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 3:09-CR-141 |
| | ) | (JORDAN/GUYTON) |
| WILLIAM KAMAN, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court on the Defendant's Motion for Travel [Doc. 90] filed on December 3, 2009. The Defendant's motion asked the Court to travel from December 10 through December 15, 2009 to Colorado and the defendant will be staying at the home of his father and step-mother.

Upon consideration of the motion, the Court finds that the Motion for Travel **[Doc. 90]** is not well-take at this time, and therefore, it is **DENIED**.

**IT IS SO ORDERED.**

ENTER:

     s/ H. Bruce Guyton
United States Magistrate Judge