IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:09-CR-141 ) (JORDAN/GUYTON) |
| LANCE BARABAS, | ) ) |
| Defendant. | ) ) |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case is before the Court for disposition of the Defendant's Motion for Reconsideration of Pretrial Detention [Doc. 101] filed on December 12, 2009. A hearing on the motion was scheduled before the undersigned for January 7, 2010. Because the Defendant now seeks to withdraw the motion [Doc. 119], the hearing is hereby canceled and the motion **[Doc. 101]** is **DENIED as moot.**

IT IS SO ORDERED.

ENTER:

                s/ H. Bruce Guyton
               United States Magistrate Judge